Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendants:
90 CHURCH STREET LIMITED PARTNERSHIP
and BOSTON PROPERTIES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X    21 MC 102 (AKH)

GUSTAVO HUILCA,                                              Index No.: 08-CV-01638

                          Plaintiff(s),

    -against-                                              **NOTICE OF ADOPTION OF ANSWER**
                                                                         **TO MASTER COMPLAINT**

TRIBECA LANDING L.L.C. a/k/a TRIBECA        **ELECTRONICALLY FILED**
POINTE, L.L.C., *et al.*

                          Defendant(s).
------------------------------------------------------------X

      PLEASE TAKE NOTICE that Defendants, 90 CHURCH STREET LIMITED PARTNERSHIP and BOSTON PROPERTIES, INC., by their attorneys, McGIVNEY & KLUGER, P.C., as and for their Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their Answer to Master Complaint dated August 2, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

      WHEREFORE, the defendants, 90 CHURCH STREET LIMITED PARTNERSHIP and BOSTON PROPERTIES, INC., demand judgment dismissing the above-captioned action as

against them, together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
June 12, 2008

         Yours etc.,

         McGIVNEY & KLUGER, P.C.
         Attorneys for Defendants
         90 CHURCH STREET LIMITED PARTNERSHIP
         and BOSTON PROPERTIES, INC.

         By: _____
         Richard E. Leff (RL-2123)
         80 Broad Street, 23rd Floor
         New York, New York 10004
         (212) 509-3456

TO: OSHMAN & MIRISOLA, LLP
   Plaintiffs Liaison
   In Re Lower Manhattan Disaster Site Litigation
   Attn: David L. Kremen
   42 Broadway, 10th Floor
   New York, New York 10004
   (212) 233-2100

   All Defense Counsel