UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| GUSTAVO HUILCA,<br><br>Plaintiffs,<br><br>- against -<br><br>TRIBECA LANDING L.L.C., 90 CHURCH STREET LIMITED PARTNERSHIP, BOSTON PROPERTIES, INC., 100 CHURCH LLC, HUDSON VIEW EAST CONDOMINIUM, R Y MANAGEMENT CO., INC, BROOKFIELD FINANCIAL PROPERTIES, LP., BLACKMON-MOORING-STEAMATIC CATASTOPHE, NC. d/b/a BMS CAT,<br><br>Defendants. | DOCKET NO.<br><br><u>08- CV- 01638</u><br><br>Judge Hellerstein<br><br>**AFFIDAVIT OF SERVICE** |

I, Anna Tse, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in Brooklyn, New York.

On June 2, 2008, I served the within copy of Summons & Complaint by personally serving a true copy of the same upon the Defendant, 90 Church Street, Limited Partnership., by its designated agent, CT Corporation System, more specifically, Elena Bou, at:

CT Corporation System
111 Eighth Avenue, 13th Floor
New York, New York 10011

Anna Tse

Sworn to before me on this
2 day of June, 2008

BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6132940
Qualified in Queens County
Commission Expires August 29, 20__7