UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION

GUSTAVO HUILCA,

                      Plaintiffs,

- against -

TRIBECA LANDING L.L.C., 90 CHURCH STREET
LIMITED PARTNERSHIP, BOSTON PROPERTIES, INC.,
100 CHURCH LLC, HUDSON VIEW EAST
CONDOMINIUM, R Y MANAGEMENT CO., INC,
BROOKFIELD FINANCIAL PROPERTIES, LP.,
BLACKMON-MOORING-STEAMATIC CATASTOPHE,
NC. d/b/a BMS CAT,
                      Defendants.

21 MC 102 (AKH)

DOCKET NO.

<u>08- CV- 01638</u>

Judge Hellerstein

**AFFIDAVIT OF SERVICE**

    I, Anna Tse, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in Brooklyn, New York.

    On June 2, 2008, I served the within copy of Summons & Complaint by personally serving a true copy of the same upon the Defendant, Boston Properties, Inc., by its designated agent, CT Corporation System, more specifically, Elena Bou, at:

                CT Corporation System
                111 Eighth Avenue, 13th Floor
                New York, New York 10011

                                                Anna Tse

Sworn to before me on this
  2 day of June, 2008

BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6132940
Qualified in Queens County
Commission Expires August 29, 20__