UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| GUSTAVO HUILCA,<br><br>                    Plaintiffs,<br><br>- against -<br>TRIBECA LANDING L.L.C., 90 CHURCH STREET LIMITED PARTNERSHIP, BOSTON PROPERTIES, INC., 100 CHURCH LLC, HUDSON VIEW EAST CONDOMINIUM, R Y MANAGEMENT CO., INC, BROOKFIELD FINANCIAL PROPERTIES, LP., BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. d/b/a BMS CAT,<br>                    Defendants. | DOCKET NO.<br><br>08- CV- 01638<br><br>Judge Hellerstein<br><br>**AFFIDAVIT OF SERVICE** |

I, Anna Tse, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in Brooklyn, New York.

That on the 10th day of June, 2008 at approximately 10:45AM at 50 Battery Place, New York, New York 10280, deponent served the within copy of the Summons and Complaint upon RY Management Co., Inc. by delivering thereat a true copy of the same to Sheila Redula, an employee of RY Management Co., Inc., an individual of suitable age and discretion.

                                                                              _____
                                                                              Anna Tse

Sworn to before me on this
/O day of June, 2008

BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6132940
Qualified in Queens County
Commission Expires August 29, 20 __