UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LOWER MANHATTAN DISASTER SITE LITIGATION

GUSTAVO HUILCA,

                        Plaintiffs,

- against -

TRIBECA LANDING L.L.C., 90 CHURCH STREET LIMITED PARTNERSHIP, BOSTON PROPERTIES, INC., 100 CHURCH LLC, HUDSON VIEW EAST CONDOMINIUM, R Y MANAGEMENT CO., INC, BROOKFIELD FINANCIAL PROPERTIES, LP., BLACKMON-MOORING-STEAMATIC CATASTOPHE, NC. d/b/a BMS CAT,

                        Defendants.

21 MC 102 (AKH)

DOCKET NO.

08- CV- 01638

Judge Hellerstein

**AFFIDAVIT OF SERVICE**

    I, Anna Tse, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in Brooklyn, New York.

    On June 10th, 2008, I served the within copy of Summons & Complaint by personally serving a true copy of the same upon the Defendant, Tribeca Landing, LLC, by its registered agent, Rockrose Development Corporation, more specifically, Salwa Benyaich, receptionist, at:

                Rockrose Development Corporation
                290 Park Avenue S
                New York, New York 10010

                                          Anna Tse

Sworn to before me on this
10 day of June, 2008

BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6132940
Qualified in Queens County
Commission Expires August 29, 20__