UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
IN RE WORLD TRADE CENTER                                       21MC102(AKH)
LOWER MANHATTAN DISASTER
SITE LITIGATION


GUSTAVO HUILCA,                                                08CV1638(AKH)

                  Plaintiff(s),           **NOTICE OF APPEARANCE**

    -against-

TRIBECA LANDING L.L.C., et al.,

                  Defendants.


    **PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendants **100 CHURCH LLC** in the above-captioned action and all future correspondence and papers filed or serviced in connection with the above-captioned action are to be directed to the undersigned.

Dated:   New York, New York
         July 2, 2008

                                            Yours etc.,

                                            HARRIS BEACH PLLC
                                            *Attorneys for Defendant*
                                            **100 CHURCH LLC**


                                            _____/s/_____
                                            Stanley Goos, Esq. (SG-7062)
                                            100 Wall Street
                                            New York, NY  10005
                                            212 687-0100
                                            212 687-0659 (Fax)

## CERTIFICATION AS TO SERVICE

The undersigned certifies that on July 2, 2008, I caused to be filed and served the following document electronically via the Court's ECF system upon the parties:

100 Church Notice of Appearance

Dated: July 2, 2008

                                                /s/
                               Stanley Goos, Esq. (SG 7062)