UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER                                21MC102(AKH)
LOWER MANHATTAN DISASTER
SITE LITIGATION

GUSTAVO HUILCA,                                         08CV1638(AKH)

                                    Plaintiff(s),       **NOTICE OF ADOPTION BY
                                                        100 CHURCH LLC OF
                    -against-                            AMENDED ANSWER TO
                                                        MASTER COMPLAINT**

TRIBECA LANDING L.L.C., et al.,

                                    Defendants.

 **PLEASE TAKE NOTICE** that defendant **100 CHURCH LLC** (hereinafter "100 Church"), as and for its response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint adding new defendants not previously served filed in the above-referenced action, herein adopts 100 Church's Amended Answer to Master Complaint dated August 30, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH). **100 CHURCH** has filed a Master Disclosure of Interested Parties in 21 MC 102 (AKH), and as such, is exempt from having to file such a disclosure in this specific matter, pursuant to the provisions of Case Management Order No. 4 (¶ J(2)).

 **PLEASE TAKE FURTHER NOTICE THAT** defendant, **100 CHURCH** reserves its right to assert any defenses to which it is entitled, including but not limited to those enumerated in Case Management Order No. 4 (¶¶ D(1)-(5)).

**WHEREFORE**, 100 Church demands judgment dismissing the above-captioned action

as against it, together with its costs and disbursements.

Dated:  New York, New York
       July 2, 2008

                         **HARRIS BEACH PLLC**
                         *Attorneys for Defendant*
                         100 CHURCH LLC

                         _____/s/_____
                         Stanley Goos, Esq.  (SG 7062)
                         100 Wall Street, 23rd Floor
                         New York, New York 10005
                         (212) 687-0100

TO:

David L. Kremen
Oshman & Mirisola
42 Broadway, 10th Floor
New York, New York 10004
Attorneys for Plaintiff

Robert A. Grochow, Esq.
Robert A. Grochow, P.C.
233 Broadway, 5th Floor
New York, New York 10279
***Liaison Counsel for Plaintiff***

Gregory J. Cannata, Esq.
Law Offices of Gregory J. Cannata
233 Broadway, 5th Floor
New York, New York 10279
***Liaison Counsel for Plaintiff***

James E. Tyrrell, Esq.
Joseph Hopkins, Esq.
Patton Boggs LLP
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102

Thomas Egan, Esq.
Flemming Zulack Williamson Zauderer LLP
One Liberty Plaza
New York, New York 10006
***Liaison Counsel for the Defendants***

**All Counsel via ECF**

## CERTIFICATION AS TO SERVICE

The undersigned certifies that on July 2, 2008, I caused to be filed and served the following document electronically via the Court's ECF system upon the parties:

1.      Notice of Adoption by 100 Church LLC of Answer to Master Complaint.


Dated: July 2, 2008


                                        _____/s/_____
                                        Stanley Goos, Esq. (SG 7062)